IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lee Ann Parker, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:18cv556 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 24, 2019 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 8, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Administrative Law Judge ("ALJ") is REVERSED and REMANDED for further review under sentence four of 42 U.S.C. §405(g). The Administrative Law Judge is to reassess the medical opinion evidence and if necessary obtain a new consultative examination and/or non-examining consulting opinion in order to properly determine plaintiff's residual functional capacity ("RFC") throughout the referenced disability period. The ALJ is also to reassess the consistency of any witness testimony, including but not limited to Plaintiff's testimony and that of any other witnesses.

IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Judge Susan J. Dlott
      United States District Court